# United States District Court
## DISTRICT OF ARIZONA

FILED ___ LODGED
RECEIVED ___ COPY

NOV 29 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

UNITED STATES OF AMERICA
V.
**Kelly M. SMITH**
YOB: 1977
SSN: 4968

**CRIMINAL COMPLAINT**
CASE NUMBER:
06-4379 M

Grand Canyon, Arizona

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about September 27, 2006, in the District of Arizona, within the boundaries of the Grand Canyon National Park, KELLY M. SMITH did operate a 1997 tan NISSAN SUV bearing Arizona plate #488-MWS in a reckless manner.

In violation __36__ CFR 4.2 (b), ARS 28.693, Reckless Driving, a class B Misdemeanor.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the

Official Title

following facts:

See attached AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT (Statement of Probable Cause).

Signature of Complainant

sworn to before me and subscribed in my presence,

__November 29, 2006__   at ~~Flagstaff~~ Grand Canyon, Arizona
Date                     City and State

Mark E. Aspey, U.S. Magistrate Judge

Name & Title of Judicial Officer   Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
United States v. KELLY M. SMITH
(Statement of Probable Cause)

I swear and affirm that my name is Jennifer L. Sypher, and that I am employed by the National Park Service as a Special Agent. I am a graduate of the Federal Law Enforcement Training Center, and have been employed by the National Park Service for approximately twenty-five years.

The following information is the result of either complainant's own personal investigation, or has been provided to her by other law enforcement officers:

1. See attached citation P0417644 issued to SMITH on September 27, 2006, by Park Ranger Kenny Barend for 36 CFR 4.23(a)(1), Driving Under the Influence of Alcohol/Drugs. The citation was issued to SMITH after a traffic stop at Center and Park Circle roads, within Grand Canyon National Park, in the District of Arizona.

2. Based on SMITH'S performance on the field sobriety tests and level of Breath Alcohol, SMITH did operate a vehicle in reckless disregard for the safety of persons or property.

_____
Signature of Complainant

sworn to before me and subscribed in my presence,

_November 29, 2006_    at ~~Flagstaff~~ Grand Canyon, Arizona
Date                                                    City and State

Mark E. Aspey, U.S. Magistrate Judge            _____
Name & Title of Judicial Officer                       Signature of Judicial Officer

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on September 27th, 20 06, while exercising my duties as a law enforcement officer in the _____ District of Arizona

— At approximately 2330 hours I noticed a tan SUV
— turn from Center Road onto Park Circle crossing
— over the solid yellow center line. I contacted the
— driver Kelly M SMITH. SMITH was positively
— identified by her AZ driver's license. SMITH stated
— she had a couple of drinks. SMITH had an odor of
— alcoholic beverage about her person. SMITH had
— bloodshot watery eyes. SMITH had difficulty holding
— her balance she was holding her arms out before I
— began the SFST process. SMITH failed the three
— SFST's HGN, walk and turn, and the one leg stand.
— SMITH provided a .087 BrAC in Alcosensor III serial
— #1087142. SMITH was arrested and transported to
— Grand Canyon Booking Facility.

The foregoing statement is based upon:

☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/28/2006   Kevin Baird
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

---

# Violation Notice

Violation Number: P 0417644   Officer Name (Printed): K. BAIRD 2361   Officer No.: A107

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 9/27/06 - 2344
Offense Charged: 36 CFR 4.23(a)(1)   ☒ USC   ☐ State Code
Place of Offense: PARK CIRCLE
Offense Description: DUI - OPERATING VEHICLE UNDER INFLUENCE ALCOHOL

C/N 06-5977

## DEFENDANT INFORMATION
Last Name: SMITH   First Name: KELLY   M.I.: M
Street Address: _____
City: GRAND CANYON   State: AZ   Zip Code: 86023   Phone: (928)
D.L. State: AZ   Driver's License No.: _____   Social Security No.: _____
☒ Adult ☐ Juvenile   Sex: ☐ Male ☒ Female   Date of Birth: 7/97
Height: 4'9" 68   Weight: 197

## VEHICLE DESCRIPTION
Tag No.: 484 MNS   State: AZ   Year: 01   Make/Model: NISSAN   Color: TAN   VIN: _____

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT → $ _____   Forfeiture Amount
+ $25 Processing Fee
$ _____   Total Collateral

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: JENNIFER SYPHER   638-7948
Date (mm/dd/yyyy): 10/11/06   Time: 10:00 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or to pay the total collateral due.

X Defendant Signature: _____

Original - CVB Copy   NPS 10-50 (Rev.)